FILED

07/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0692

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0692

MONTANA STATE UNIVERSITY-
NORTHERN,

      Petitioner and Appellant,

  v.

RANDY BACHMEIER,

      Respondent, Appellee,
      and Cross-Appellant.

O R D E R

In a July 30, 2020 Order, this Court rejected Appellant's electronically filed cross-appeal answer and reply brief and ordered the brief be resubmitted. Upon further review,

IT IS ORDERED that this Court's July 30, 2020 Order is hereby RESCINDED and the Appellant's Reply and Answer to Cross Appeal shall be accepted for filing as of July 30, 2020. All times for any subsequent briefing contained in M. R. App. P. 13 remain in effect.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
July 31 2020